# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) 3:03-cv-0147-RLY-WGH |
| GENE DAVIS,<br>JAMMIE DAVIS,<br>WILLIAM E. SLAUGHTER, | ) |
| Defendants. | ) |

## JUDGMENT

The court, having previously found the claims against defendants Jammie Davis and William Slaughter should be dismissed without prejudice based on their having filed voluntary petitions in bankruptcy, having concluded that the counterclaim and the third party complaint of defendant Gene Davis should be dismissed with prejudice, and having also found that the claims against defendant Gene Davis are properly resolved on the basis of the findings and conclusions set forth in the Entry of December 23, 2005, and having this day directed the entry of final judgment,

**IT IS THEREFORE ADJUDGED** that claims against defendants Jammie Davis and William Slaughter are dismissed without prejudice; and

**IT IS THEREFORE ADJUDGED** that counterclaim and the third party complaint of defendant Gene Davis is dismissed with prejudice; and

**IT IS FURTHER ADJUDGED** that Judgment is entered for the plaintiff and against defendant Gene Davis, as follows:

1. As to Count I of the Amended Complaint, the plaintiff shall recover the amount of $1,858,332.00; and

2. As to Counts III and IV of the Amended Complaint, the plaintiff shall recover the aggregate amount of $5,574,996.00; and

**IT IS FURTHER ADJUDGED** that the plaintiff recover its costs of this action as to the claims against defendant Gene Davis.

Date: 01/19/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court


_____

Deputy Clerk, U.S. District Court


Copies to:

Jason R. Delk
ICE MILLER
jason.delk@icemiller.com

Jeffrey A. Hokanson
ICE MILLER
jeff.hokanson@icemiller.com

Graydon Dean Luthey Jr.
HALL ESTILL
dluthey@hallestill.com

James L. Petersen
ICE MILLER
james.petersen@icemiller.com

Ann L. Thrasher Papa
ICE MILLER
ann.papa@icemiller.com

Brian P. Williams
KAHN DEES DONOVAN & KAHN, LLP
bpwill@k2d2.com

Gene Davis
4223 Three Oaks Drive
Fort Wayne, IN 46809

Jammie Davis
916 West Wayne Street
Paulding, OH 45879